# Court of Appeals
# of the State of Georgia

ATLANTA, July 20, 2022

*The Court of Appeals hereby passes the following order*

## A22D0441. HILLVIEW, LLC v. SHERIKA STEGALL, AS NATURAL GUARDIAN AND NEXT FRIEND OF LI'AJAH TERRY, A MINOR et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

20EV002940



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 20, 2022.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.